UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Clarence Edward Barnett and Doris Barnett**
a/k/a Clarance E Barnette, Doris Barnnett, Doris
McMillan, Doris McMillian
S.S. Nos.: xxx-xx-0621 and xxx-xx-8761
Mailing Address: PO Box 954, Raeford, NC 28376-

Case No. 11-80575

Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on April 6, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: April 26, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
―――――――――――――――――――
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
(MIDDLE DISTRICT - DESARDI VERSION)

Date: 4/4/11
Lastname-SS#: **Barnett-0621**

## RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | SunTrust | 3 | 2010 Chevrolet Impala |
| | Hoke County Taxes | 2 | Land |
| | | | |
| | | | |
| | | | |

## SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

## ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | SunTrust | 3 | | ** |
| | Hoke County Taxes | 2 | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | None | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

## REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | |
| | |
| | |
| | |
| | |

## LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

## STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | GreenTree | 1 | $30,581 | 5.00 | $306 | $623.77 | 1999 Champion Mobile home |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

## STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | None | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | $5,108 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | Amount** |
|---|---|
| DMI= $665 | $39,900 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,484** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **2.01** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE   (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | US Attorney's Office (ED)**<br>310 New Bern Avenue<br>Suite 800, Federal Building<br>Raleigh, NC 27601-1461 | Fingerhut<br>Post Office Box 1250<br>Saint Cloud, MN 56395-1250 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | American Express<br>Post Office Box 981535<br>El Paso, TX 79998-1535 | Fort Bragg Federal Credit Union<br>Attn: Collection Department<br>Post Office Box 70240<br>Fort Bragg, NC 28307-0240 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | Badcock & More Home Furniture<br>Post Office Box 1034<br>Mulberry, FL 33860 | GC Services Limited Partnership<br>Collection Agency Division<br>6330 Gulfton<br>Houston, TX 77081 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Best Buy<br>c/o HSBC Retail Services<br>Post Office Box 15521<br>Wilmington, DE 19850-5521 | GE Money Bank<br>Bankruptcy Dept.<br>Post Office Box 103106<br>Roswell, GA 30076-3106 |
| Equifax Information Systems LLC<br>P.O. Box 740241<br>Atlanta, GA 30374-0241 | Citibank<br>Post Office Box 6500<br>Sioux Falls, SD 57117-6500 | GE Money Bank<br>Bankruptcy Dept.<br>Post Office Box 103104<br>Roswell, GA 30076-3104 |
| Experian<br>P.O. Box 2002<br>Allen, TX 75013-2002 | Citifinancial<br>3900 Raeford Road<br>Fayetteville, NC 28304-3381 | Ginny's<br>1112 7th Avenue<br>Monroe, WI 53566-1364 |
| Trans Union Corporation<br>P.O. Box 2000<br>Crum Lynne, PA 19022-2000 | Citifinancial Bankruptcy Department<br>Post Office Box 140489<br>Irving, TX 75014-0489 | GreenTree<br>Attn: Managing Agent<br>Post Office Box 6154<br>Rapid City, SD 57709-6154 |
| ChexSystems<br>Attn: Consumer Relations<br>7805 Hudson Road, Ste. 100<br>Woodbury, MN 55125 | Credit Bureau of Greensboro<br>Post Office Box 26140<br>Greensboro, NC 27402-0040 | Hhgregg<br>c/o GE Money Bank<br>Post Office Box 981127<br>El Paso, TX 79998 |
| Internal Revenue Service (ED)**<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Credit One Bank, N.A.<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Hoke County Tax Collector<br>Post Office Box 217<br>Raeford, NC 28376-0217 |

HSBC Card Services
Post Office Box 80084
Salinas, CA 93912-0084

Peebles
c/o World Financial Network Nat'l
Post Office Box 182125
Columbus, OH 43218-2125

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Sheria Oates
Post Office Box 954
Raeford, NC 28376

Lowe's
Post Office Box 965004
Orlando, FL 32896-5004

SunTrust
Attn: Managing Agent
Post Office Box 305053
Nashville, TN 37230-5053

Midnight Velvet
1112 7th Avenue
Monroe, WI 53566-1364

The Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Military Star
Disputes Unit
Post Office Box 650410
Dallas, TX 75265-0410

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

North Carolina Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Wal-Mart
Post Office Box 965023
Orlando, FL 32896-5023

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

Western Sky
aka Cash Call
Post Office Box 370
Timber Lake, SD 57656

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611-6504

Sheria Oates
Post Office Box 954
Raeford, NC 28376