
# COLLATERAL POINT
### PROTECK VALUATION SERVICES

**with site inspection**

## SUBJECT

| | | | |
|---|---|---|---|
| Client: | GREEN TREE | Report Date: | **6/20/2011** |
| Loan Number: | **97509629** | Batch: | |
| Borrowers Name: | **DORIS BARNETT** | Address: | **101 STREETER RD** |
| Loan Balance: | Not Provided | City, State Zip: | **RAEFORD, NC 28376** |
| Submitted Value: | Not Provided | County: | Hoke |
| | | Agent: | ROBERT WHITE |
| | | Office: | Mutual Ltd realty and Insurance Agency |
| | | Phone: | (910) 864-2236 |

## EVALUATION

**CollateralPT Value:**     **$71,900**

**CollateralPT Variance:**     N/A

**CollateralPT Value LTV:**     N/A

**Submitted Value LTV:**     N/A

Comments:Review of aerial map indicates the subject is located within a rural area, characterized by low population density, large tracts of open space and farm land. Review of public records indicated limited data due to remoteness of subject's market and resulted in distant comp selection. The comparables presented within this analysis appear to be reliable indicators of value for the subject property...(more in addendum)

## Quick Sale:     $53,925

Comments:The home is off the main road and has no paved roads to access the property. In addition, there were no shopping facilities within a reasonable distance (1/4 mile). A car is a necessity. Public utilities are miniscule.

Local real estate professional estimates (25%) discount will drive quick sale. Quick sale value derived by applying discount percent to Collateral PT value.

## RISK

| **Collateral** | **Market** |
|---|---|
| ℞ Subject Has Fair Marketability | No Market Risk Indicators Detected |

## AUTOMATED VALUE INDICATORS

**AVM Value:**

| | | | **Weight: Weak** |
|---|---|---|---|
| Confidence: | | Low: | AVM is unavailable. |
| Model: | | High: | |

**Comparable Sales Value:**     $69,471.67     **Weight: Average**

*Indicated value based on weighted comparable sales.*     The subject's features were bracketed by comparable properties and comps appear to be reliable indicators of the subject property.

**Comparable Sq. Ft. Value:**     $74,317.13     **Weight: Average**

*Indicated value based on price per sq. ft. of selected comps weighted by relevance * GLA of subject*     The subject's GLA was bracketed by comp selection and falls within a reasonable range.

**Market Appreciation Value:**     $0.00     **Weight: Weak**

*Indicated value based on subject's last known Sale Price * Average Market Appreciation in subject neighborhood since sale*     NA.

Estimate of the property's market value provided reflects subject's actual physical condition, use and zoning designation as of the effective date of this evaluation. Use and zoning verified as available. Property's actual physical condition was obtained from an on-site inspection performed in conjunction with this evaluation. Supporting photos were taken at time of inspection. Analysis performed includes selection and weighting by relevance of comparable sales and listings and market indexes with the Final Market Value produced by proprietary algorithms using the selected inputs. Supplemental information that was considered includes aerial mapping, various market analytics, conditions and factors as well as public and MLS property transaction data.

While deemed reliable, this report is not a real estate appraisal and therefore neither PRO TECK VALUATION SERVICES nor the agent conducting this report shall be held liable for any use conducted from the information provided.



## SUBJECT AND MARKET DATA

| Subject Characteristics | | Neighborhood Characteristics | |
|---|---|---|---|
| APN | 584940001141 | Number of competing neighborhood listings | 0 |
| Inspection type | Exterior | Number of neighborhood REO/Corporate listings | 0 |
| Date of inspection | 06/20/2011 | REO/Corporate listing percentage | N/A |
| Condition | Average | Current marketing time in this area | 120 |
| Land use | MANUFACTURED HOME | Employement conditions | Stable |
| Property type | Manufactured Home | Number of boarded and/or vacant homes | 0 |
| Condo/Association fees: | N/A | Rural indicator | YES |
| Fee includes: | N/A | Neighborhood type | Residential |
| Stories | 1 | Percent owner occupied: | 82% |
| Units | N/A | Percent renter occupied: | 18% |
| Year built | 1998 | Percent SFR: | 0% |
| Occupancy | Occupied-Unknown | Percent condo: | 0% |
| Rooms/Beds/Baths | 6/3/2 | Average number of rooms: | 6 |
| Fireplaces | 0 | Avg price per sq. ft. | $45.00 |
| Pool | NO | Market rent | $550 |
| Living area | 1782 | | |
| Price per sq. ft. | | **Neighborhood Values** | |
| Estimate repair costs | $500 | Low Price: | $35,000 |
| **Subject Marketability** | | High Price: | $125,000 |
| The subject is | Appropriate Improvement | Average Price: | $70,000 |
| Marketability of subject is | Fair | | |

**Comments:** The subject property is a manufactured home, located in a rural area. The main access is by a dirt road that does not look well maintanined. The neighborhood has mixed residency with manufactured homes and site built homes within a half mile of each other. It is rural area with mixed uses. Well traveled road transverse the area, that is within walking distance from the home..

**Repair comments:** The only problem that I saw was unlevel areas of the road that leads to the dwelling keeping a car from bottoming out.

## FORECLOSURE AND SALE HISTORY

| Subject Foreclosure/Sale History | | Neighborhood Foreclosures and Sales | |
|---|---|---|---|
| Foreclosure sale in last 3 years | No | Number of recent foreclosures | 1 |
| Pre-Foreclosure sale in last 3 years | No | Number of recent sales | 0 |
| Transfer activity in past 3 years | No | Foreclosure percentage | N/A |
| Multiple sales in any 90-day period | No | | |

| Subject Sales History/Appreciation | | **Flip Indicator** (appreciation of neighborhood properties sold multiple times within past 3 years) | | | |
|---|---|---|---|---|---|
| Most recent sale price | $0 | **Indicator** | **1 Year** | **2 Years** | **3 Years** |
| Most recent sale date | 11/30/1995 | Multiple Sales | N/A | N/A | N/A |
| Appreciation vs user submitted value | N/A | Appreciation of Multiple Sales | N/A | N/A | N/A |
| Zip appreciation for same period | N/A | | | | |
| Current market conditions | Static | | | | |
| Prior Sale Price | N/A | | | | |
| Prior Sale Date | N/A | | | | |

While deemed reliable, this report is not a real estate appraisal and therefore neither PRO TECK VALUATION SERVICES nor the agent conducting this report shall be held liable for any information provided.



## PRIOR LISTING AND SALES HISTORY

| MLS# | Listed By | Phone | Status | Status Date | List/Sale Price |
|---|---|---|---|---|---|
| No details available | | | | | |

**Listing History Comments:**

ADDENDUM

Overall Comments Additonal: Review of aerial map indicates the subject is located within a rural area, characterized by low population density, large tracts of open space and farm land. Review of public records indicated limited data due to remoteness of subject's market and resulted in distant comp selection. The comparables presented within this analysis appear to be reliable indicators of value for the subject property. Suggested value appears reasonable based upon the comparables.

## SUBJECT
Satellite/Birdseye Imagery

| Address Type (MLS - #) | Built | Style/# Stories Rooms/Bed/Bath | GLA Lot (Sqft) | Bsmt/Garage Loc/Cond | Dist $/sft | Sold/List Date (DOM) |
|---|---|---|---|---|---|---|
| 101 Streeter Rd , Raeford | 1998 | mobile home | 1782 | none/none | | |
| Sale | | 6/3/2.0 | 121968 | AVG/AVG | | |

Comments: *The subject property is a manufactured home, with a brick foundation. It has a covered porch on the front. It is located in an isolated rural area. There were no major deficiencies noted at the time of inspection.*

## COMPARABLES (provided by local real estate broker/appraiser)
Satellite/Birdseye Imagery

| Address Type (MLS - #) / Sales Type | Built | Style/# Stories Rooms/Bed/Bath | GLA (Sqft) Lot (Sqft) | Bsmt/Garage Loc/Cond | Dist $/sft | Orig. List Prc Prob. Sale Val | Sold/List Date (DOM) |
|---|---|---|---|---|---|---|---|
| 104 Village Ln , Raeford | 2002 | mobile home | 1674 | none/none | 15.329 | $56,900.00 | 02/23/2011 (120) |
| Sale (MLS - 354150) / Foreclosure | | 6/3/2.0 | 20038 | AVG/fair | $26.40 | | $44,200.00 |

Comments: *FRESH AS A DAISY! THIS ONE IS READY FOR YOU TO PACK YOUR BAGS AND MOVE IN. LOTS OF NEW UPDATES, FENCED YARD, Spacious home with open floorplan All financed offers require Bank of America pre-qual letter. Cash offers req proof of funds. Addendums required. Please allow 2 to 3 days for seller response . Call Agent prior to offer. Vendee info in MLS file cabnet.*

| 117 Franklin Rd , Raeford | 2001 | mobile home | 1836 | none/none | 15.422 | $59,000.00 | 07/09/2010 (95) |
| Sale (MLS - 345206) / Short Sale | | 6/3/2.0 | 21780 | AVG/good | $21.79 | | $40,000.00 |

Comments: *Seller makes no representations or warranties as to condition of property; improvements or appurtenances. property is saold as is where is "SHORT SALE"*

| 110 McIver Rd , Raeford | 2005 | mobile home | 1620 | none/none | 15.303 | $83,400.00 | 11/19/2010 (127) |
| Sale (MLS - 348974) / Fair Market | | 6/3/2.0 | 21780 | AVG/good | $51.48 | | $83,400.00 |

Comments: *FRESH AS A DAISY! THIS ONE IS READY FOR YOU TO PACK YOUR BAGS AND MOVE IN. LOTS OF NEW UPDATES, FENCED YARD, COVERED FRONT PORCH, REAR DECK AND PORCH, SPACIOUS HOME OPENED FLOOR PLAN, NICE COLORS. MUST SEE*

| 2505 Aberdeen Rd , Raeford | 1988 | mobile home | 1640 | none/none | 3.984 | $120,000.00 | 04/18/2011 (63) |
| Active (MLS - 363926) / Fair Market | | 6/3/2.0 | 62726 | AVG/Good | $73.17 | $108,000.00 | $120,000.00 |

Comments: *1.44 ACRES W/LARGE SHOP. BEAUTIFUL 3BR/2BA, LIVING ROOM,DEN W/FP AND BUILT-INS.LARGE DECK. COVERED PORCH. MASTER HAS WALK-IN CLOSET, GARDEN TUB,SEP SHOWER.SHOP HAS OFFICE AND BATH.*

| 204 Manning Rd , Raeford | 2002 | mobile home | 1680 | none/none | 15.457 | $84,200.00 | 05/11/2011 (40) |
| Active (MLS - 365562) / Fair Market | | 6/3/2.0 | 21780 | poor/AVG | $50.12 | $75,780.00 | $84,200.00 |

Comments: *SPACIOUS HOME LIKE NEW! 3 BEDROOMS HUGE LIVINGROOM WITH FIREPLACE. NEW CARPET, FIXTURES, DOORS, PAINT AND NEW LANDSCAPING IT IS MOVE IN READY. THIS HOME IS ON A NICE LEVEL LOT, CONCRETE DRIVE, PATIO ON FRONT, CEILING FANS, GARDEN TUB IN NICE SIZE MASTER*

| 179 Country Cv , Raeford | 2000 | mobile home | 1640 | none/none | 6.573 | $68,000.00 | 04/04/2011 (77) |
| Active (MLS - 363103) / Fair Market | | 6/3/2.0 | 39204 | AVG/good | $41.46 | $64,600.00 | $68,000.00 |

Comments: *Country living in this spacious double wide. Just under an acre lot. Would be great for an investor.*

While deemed reliable, this report is not a real estate appraisal and therefore neither PRO TECK VALUATION SERVICES nor the agent conducting this report shall be held liable for any information provided.




Subject Photo, Front #1 : 101 Streeter Rd :



Address Verification Photo #1 : 101 Streeter Rd :

While deemed reliable, this report is not a real estate appraisal and therefore neither PRO TECK VALUATION SERVICES nor the agent conducting this report shall be held liable for any information provided.





Street Scene #1 : 101 Streeter Rd :



MLS Comparable Sale #1 : 104 Village Ln :



MLS Comparable Sale #2 : 117 Franklin Rd :



MLS Comparable Sale #3 : 110 McIver Rd :

While deemed reliable, this report is not a real estate appraisal and therefore neither PRO TECK VALUATION SERVICES nor the agent conducting this report shall be held liable for any information provided.

6/24/2011  3:26:30PM PCN:2563068          COLLATERALPOINT20091117CBC                    Page 5 of 7

Case 11-80575    Doc 22-1    Filed 06/29/11    Page 5 of 9




MLS Comparable Listing #1 : 2505 Aberdeen Rd :



MLS Comparable Listing #2 : 204 Manning Rd :



MLS Comparable Listing #3 : 179 Country Cv :



Street Map Of Subject (Optional) #1 : 101 Streeter Rd : Subject & Comp Map

S : Subject - 101 STREETER RD

While deemed reliable, this report is not a real estate appraisal and therefore neither PRO TECK VALUATION SERVICES nor the agent conducting this report shall be held liable for any information provided.

6/24/2011  3:26:30PM PCN:2563068          COLLATERALPOINT20091117CBC          Page 6 of 7

 

**with site inspection**

S1: sold - 104 VILLAGE LN
S2: sold - 117 FRANKLIN RD
S3: sold - 110 MCIVER RD
L1: Listing - 2505 ABERDEEN RD
L2: Listing - 204 MANNING RD
L3: Listing - 179 COUNTRY CV

# Residential Property Record Card - Hoke County, North Carolina

**PIN No:** 594940001141    **Account No:** 108709    **Class:** 2    **Occupancy:** 30    **Card 1 of 1**

**Property Location:**
101 Steeter Circle

| Current Owner: | Previous Owner History |
| --- | --- |
| Mcmillian, Doris<br>P.o. Box 954<br>Raeford Nc 28376-0000 | |

| Name | Date | Deed |
| --- | --- | --- |
| Mcmillian, Doris | 01/01/1996 | 355/528 |

**Notes**
#9 Str. Mcmillian 313/1
Dw As Real For 2002

| Miscellaneous | |
| --- | --- |
| **Deed Info:** | 355 /528 |
| **Zoning:** | |
| **Property No:** | 0035770 |
| **Neighborhd:** | 11 |
| **Living Units:** | 0 |
| **Census Tract:** | |
| **District:** | 5 |
| **Estimates** | |
| **MRA:** | |
| **Weighted:** | |
| **Market:** | |

| Assessment Information | |
| --- | --- |
| **Appraised Value:** | **Prior** |
| Land: | * 8,050   6,190 |
| Building: | 56,780   47,780 |
| Total: | 64,830   53,970 |
| **Assessed Information:** | |
| Value: | 64,830 |

**Effective DOV:** 1/1/2006
**Value Flag:** COST VALUE
**Manual Override Reason:**

**Book/Page**    00/00/2000

| Sales History | | | | |
| --- | --- | --- | --- | --- |
| Date | Price | Type | Validity | |

| Entrance Information | | | | | |
| --- | --- | --- | --- | --- | --- |
| Date | Time | ID | Actv | Entrance Code | Source |
| | | | | Entry/Sig | |
| | | | | Entry/Sig | |
| | | | | Entry/Sig | |

| Permit Information | | | |
| --- | --- | --- | --- |
| Date | Permit # | Price | Purpose |

| | % Comp. |
| --- | --- |
| | 0 |

**Land Information:**

| Type | Size Grade | Influence Factor:1, 2 and % | | | Value |
| --- | --- | --- | --- | --- | --- |
| Bldg Site | A   1 0 | 0 | 0 | | 3,250 |
| Undeveloped | A   1.8 0 | 0 | 4,800 | | 4,800 |

**Total Acres for this Parcel**   2.8    **Total Land Value**   8,050

**Out Building Information**

| Type | Qty. | Year | Size1 | Size2 | Grade | Cond. | %Good | Value |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 0 | 0 | 0 | 0 | 0 | | 0% | 0 |
| | 0 | 0 | 0 | 0 | 0 | | 0% | 0 |
| | 0 | 0 | 0 | 0 | 0 | | 0% | 0 |
| | 0 | 0 | 0 | 0 | 0 | | 0% | 0 |
| | 0 | 0 | 0 | 0 | 0 | | 0% | 0 |

**Total OBY for this card**   0

**No Picture Available**

Cole-Layer-Trumble Company    Printed Tue, Mar 15, 2011

Inspection witness by: _____

# Residential Property Record Card - Hoke County, North Carolina

**Property Location:**
101 Steeter Circle

**PIN No:** 58494000141    **Account No:** 108709    **Class:** 2    **Occupancy:** 30    **Card 1 of 1**

## Dwelling Information

| | |
|---|---|
| Style: | Manufct Home |
| Condo Style: | |
| Exterior Walls: | Alum/Vinyl |
| Story Height: | 1.0 |
| Attic: | None |
| Interior/Exterior: | |
| Basement: | Crawl |
| Bsmt Garage: | 0 |
| Rec Room size: | 0   0 |
| FBLA size: | 0 |
| Unfinished Area: | 0 |
| Inlaw Apts: | 0 |
| WB Fireplace: | Stacks 0  Openings 0 |
| MTL Fireplace: | Stacks 0  Openings 0 |
| Heating Type: | Htac |
| Fuel: | Electric |
| Heating System: | Heat Pump |
| Year Built: | 1998 |
| Eff. Yr Built: | 0 |
| Ground Flr Area: | 1782 |
| Tot Living Area: | 1782 |
| Grade: | |
| Condition: | AV |
| CDU: | |
| Building Notes: | |

### Replacement Costs

| | |
|---|---|
| Base Price: | 53,280 |
| Additions: | 5,400 |
| Unfinished Area: | 0 |
| Basement: | 0 |
| Attic: | 0 |
| Plumbing: | 2,400 |
| Heating A/C Adj.: | 3,440 |
| FBLA: | 0 |
| Rec Room: | 0 |
| Fire Place: | 0 |
| Basement Garage: | 0 |
| Exterior Trim: | 0 |
| Subtotal: | 64,520 |
| Grade Factor: | 1.00 |
| C & D Factor: | 0.00 |
| Total RCN: | 64,520 |
| Percent Good: | 0.88 |
| Market Adj.: | 0.00 |
| Total RCNLD: | 56,780 |

### Rooms

| Rooms: | Low | 1st | 2nd | 3rd | Tot |
|---|---|---|---|---|---|
| Rooms: | 0 | 0 | 0 | 0 | 0 |
| Bedrooms: | 0 | 0 | 0 | 0 | 0 |
| Full Baths: | 0 | 0 | 0 | 0 | 0 |
| Half Baths: | 0 | 0 | 0 | 0 | 2 |
| Add'l Fixtures: | 0 | 0 | 0 | 0 | 0 |

### Addition Information

| | Low | 1st | 2nd | 3rd | Area | Points |
|---|---|---|---|---|---|---|
| | | 37 | | | 192 | 5400 |

## Description
A:1Fr 1782 sqft
B:Sceen Porc 192 sqft

### Owner/Values (includes all Land/Buildings/OBYs for this Parcel)

| | Current | | | Prior |
|---|---|---|---|---|
| | Cost | Market | Income | |
| Land: | 8,050 | 8,050 | 0 | 6,190 |
| Building: | 56,780 | 56,780 | 0 | 47,780 |
| Total: | 64,830 | 64,830 | 0 | 53,970 |

### Comparable Sales Summary

| Parcel ID | Location | DOS | Price | TLA | Style | Grade | Year built | Bed- room | Bath Full | Half | Acres |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | 0 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 |

*Sketch: 1Fr (1782), B 6×24, dimensions 27, 66, 8, 24, 8, 27*